### No. 6104.

### PARISH OF ST. JAMES VS. D. S. HUNSAKER.

The advertisement under which the adjudication of the ferry was made to defend-
ant states that the adjudicatee may satisfy his bid either with currency, certifi-
cates of indebtedness of the parish, or parish warrants. Had the defendant
tendered, as he alleges, certificates of indebtedness in satisfaction of his debt,
the judgment of the court a qua authorizing defendant to pay the price bid with
said certificates of indebtedness would have been correct. But there is no evi-
dence of any tender of such certificates in the record before this court.

APPEAL from the Fourth Judicial District Court, parish of St. James.
*Flagg*, J. *R. Beauvais*, Parish Attorney, for plaintiff and appellant.
*S. Belden*, for defendant and appellee.

LUDELING, C. J. This suit is instituted to recover the purchase price
of a ferry in the parish of St. James.

The defense is that the defendant has tendered in payment or satis-
faction of his obligation certificates of indebtedness of the parish, in
accordance with the terms of his contract, but that plaintiff refused to
receive said certificates, and demanded United States currency.

There was judgment for defendant, and plaintiff appealed.

There is no note of evidence in the record. The advertisement under
which the adjudication of the ferry was made to defendant states that
the adjudicatee may satisfy his bid either with currency, certificates of
indebtedness of the parish, or parish warrants. He alleges that he has
tendered certificates of indebtedness in satisfaction of his bid, and the
court a qua so decided. If that be true, the judgment authorizing the
defendant to pay the price bid with the certificates of indebtedness is
correct. But there is no evidence of any tender of such certificates in the
record before us. This tender would have thrown the costs of the suit
on the plaintiff and stopped interest if it had been proved, but in any
event, the plaintiff was entitled to a judgment against the defendant for

the sum of seven hundred dollars, with interest as stated in the petition, to be paid either in currency or in the certificates of indebtedness of the parish, at the option of the defendant.

It is therefore ordered that the judgment of the lower court be reversed, and that there be judgment in favor of the plaintiff for seven hundred dollars, with interest as prayed for.

It is further ordered that defendant be authorized to satisfy the judgment either with currency, certificates of indebtedness of the parish, or parish warrants.

It is further ordered that defendant pay costs of both courts.